RICHARD TAMOR
TAMOR & TAMOR
ATTORNEYS AT LAW
 The Sierra Building
 311 Oak Street, Suite 108
 Oakland, CA  94607
 Telephone:  (415) 655-1969
 E-Mail:  rtamor@TamorLaw.com
*Attorneys for Nicol Palma*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR-23-00218 JSC |
| Plaintiff, | UNOPPOSED MOTION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO ALLOW FOR CHILD DROP OFF AND PICKUP FROM SCHOOL |
| v. | |
| NICOL PALMA, ET AL, | |
| Defendants. | |

1. On July 13, 2023, this Court signed a $50,000 unsecured bond requiring, among other things, Ms. Palma be subject to Location Monitoring and must remain at her residence at all times except for medical appointments, attorney visits, court appearances, or other activities approved in advance by Pretrial Services.

2. Ms. Palma has been compliant with this condition as well as all conditions of her release.

3. Ms. Palma requests that her conditions be modified to allow her to take her daughter to and from school as there is no one else available to do so.

6. Neither Pre-Trial Services nor the Government objects to this request and Ms. Palma has submitted her full schedule to both Pre-Trial Services and the Government.

6. Therefore, Ms. Palma would request that she be allowed to drop her daughter off and pick her up from school at the direction of Pre-Trial Services.

UNOPPOSED MOTION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE        1
23-CR-00218 JSC

1  DATED: August 9, 2023

2                                           _____/s/_____
3                                           RICHARD TAMOR
   Counsel for Nicol Palma

### [PROPOSED] ORDER

Based upon the above-described Unopposed Motion, THE COURT ORDERS that Ms. Palma be allowed to drop off and pick up her daughter from school at the direction of Pre-Trial Services. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: _____                              _____
                                            ALEX G. TSE
                                            United States Magistrate Judge