**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Alex G. Tse<br>U.S. Magistrate Judge | **RE:** | Nicol Palma |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:23-cr-00218-JSC-1 |

**Date:** October 12, 2023

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Carolyn Truong | 510-637-3758 |
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ **xx** Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 14 on October 20, 2023 at 10:00 AM.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐       Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐       Other Instructions:

_____

_____

| | |
|---|---|
| *[signature]* | October 13, 2023 |
| **JUDICIAL OFFICER**<br>Hon. Alex G. Tse<br>U.S. Magistrate Judge | **DATE** |